AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
DEMARCO DIGGS

Defendant

Case No. 23-CR-00238

District of Colorado Case No. 23-mj-00132-STV

U.S. MARSHAL-DC
RECEIVED JUL 21 '23 AM 9:19

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DEMARCO DIGGS
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC § 922(a)(1)(A) - ENGAGING IN THE BUSINESS OF DEALING IN FIREARMS WITHOUT A LICENSE;
18 USC § 922(a)(5) - ILLEGAL TRANSPORT OF A FIREARM;

FORFEITURE: 18 US. § 924(d); 21 USC § 853(p), and 28 USC § 2461(c)

Date: 07/20/2023

Robin M. Meriweather
Digitally signed by Robin M. Meriweather

*Issuing officer's signature*

City and state: WASHINGTON, D.C.

ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: **DEMARCO DIGGS**
Known aliases: UNKNOWN
Last known residence: ███████████████
Prior addresses to which defendant/offender may still have ties: UNKNOWN

Last known employment: UNKNOWN
Last known telephone numbers: (931)-401-0084
Place of birth: UNKNOWN
Date of birth: ███ 1997
Social Security number: UNKNOWN
Height: UNKNOWN                      Weight: UNKNOWN
Sex: MALE                            Race: BLACK
Hair: BLACK                          Eyes: BROWN
Scars, tattoos, other distinguishing marks: UNKNOWN

History of violence, weapons, drug use: UNKNOWN

Known family, friends, and other associates *(name, relation, address, phone number)*: N/A

FBI number: UNKNOWN
Complete description of auto: N/A

Investigative agency and address: SPECIAL AGENT CAITLIN MCGOURTY (703) 286-9044
BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
N/A

Date of last contact with pretrial services or probation officer *(if applicable)*: N/A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on March 16, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| DEMARCO DIGGS, | : | VIOLATIONS:<br>18 U.S.C. § 922(a)(1)(A)<br>(Engaging in the Business of Dealing in Firearms Without a License)<br>18 U.S.C. § 922(a)(5)<br>(Illegal Transport of a Firearm) |
| Defendant. | : | |
| | : | FORFEITURE:<br>18 U.S.C. § 924(d); 21 U.S.C. § 853(p);<br>and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From on or about June 2021, to March 2023, within the District of Columbia and elsewhere, **DEMARCO DIGGS**, not a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

(**Engaging in the Business of Dealing in Firearms Without a License**, in violation of Title 18, United States Code, Section 922(a)(1)(A))

## COUNT TWO

On or about June and July, 2021, within the District of Columbia, **DEMARCO DIGGS**, not being a licensed importer, manufacturer, dealer, and collector of firearms, willfully transported one or more firearms, to another person, said person not being a licensed importer, manufacturer, dealer, and collector of firearms, and said person then residing in the District of Columbia, a State and District other than that in which the defendant was residing at the time of the aforesaid transportation of the firearm.

(**Illegal Transport of a Firearm**, in violation of Title 18, United States Code, Section 922(a)(5))

## FORFEITURE ALLEGATION

1.  Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to:

- a Century Arms Canik TP9SF handgun, serial number 21AT16225,
- a SARSILMAZ SAR 9, 9mm pistol, serial number T1102-21BV67032,
- a Ruger Security 9, 9mm pistol, serial number, serial number 383-18180,
- a Glock 43, 9mm pistol, serial number AFNM307,
- a Taurus G2S, 9mm pistol, serial number ACD835849,
- a Glock 22 Gen 4, .40 caliber pistol, serial number USX041,
- a Taurus G3C, 9mm pistol, serial number ACB499360,
- a Taurus PT111 G2A 9mm pistol, serial number 1C030308,
- a Taurus GX4 9mm pistol, serial number 1GA05702,

- a Ruger LCP 380 caliber pistol, serial number 372094875,
- a Bersa Thunder 380 caliber pistol, serial number K99880,
- a Ruger EC9s 9mm pistol, serial number 459-41883,
- a Taurus G2C 9mm pistol, serial number ACE956438,
- a Springfield Armory Hellcat,
- a Palmetto State Armory PA-10 multi caliber rifle, serial number PF060269,
- a Thompson Center Arms Venture .300 WIN rifle, serial number U204156,
- a Taurus GX4 9mm pistol, serial number 1GC17895,
- a Century Arms VSKA 7.62 caliber rifle, serial number SV7054196,
- a Fabrica De Armas Mosin-Nagant 7.62 caliber rifle, serial number 2H-5670,
- a Sig Sauer P320 9mm pistol, serial number M18A088819,
- a Mossberg 590 shotgun, serial number V1365219,
- a Tisas 1911,
- a Rock Island M1911, serial number RIA2284228,
- a Glock 19 Gen 5, serial number BTDH009,
- a Rock Island Armory VR80, R230450, and
- assorted ammunition

    2.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves /DTH*
Attorney of the United States in
and for the District of Columbia.